

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-15-00246-CR

_____

RICKY DAN ALLEE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 47th District Court
Randall County, Texas
Trial Court No. 17,917-A; Honorable Dan Schaap, Presiding

July 16, 2015

## ORDER OF SEVERANCE

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, Ricky Dan Allee, was charged with one count of possession of a controlled substance in an amount of four grams or more but less than 200 in a drug-free zone[1] and one count of possession of marihuana in an amount of five pounds or

---

[1] TEX. HEALTH & SAFETY CODE ANN. § 481.115(d) (West 2010). The offense is a second degree felony with punishment increased by five years when committed in a drug-free zone. *Id.* at § 481.134(c).

less but more than four ounces in a drug free-zone.[2]  In exchange for pleas of guilty, the trial court placed Appellant on deferred adjudication community supervision.  The State subsequently moved to adjudicate Appellant guilty of both offenses for violating the conditions of community supervision.  The trial court granted the State's motion, entered a finding of guilt in each count, and entered two separate judgments.  Punishment in Count I was assessed at eight years confinement and a $1,500 fine and punishment in Count II was assessed at eight years confinement.  The sentences were ordered to run concurrently.  Appellant filed a single notice of appeal challenging his convictions.

Because this appeal involves two separate judgments, for purposes of clarity, we *sua sponte* sever this appeal into separate appellate cause numbers, one as to each judgment.  Henceforth, the appeal of the judgment entered as to Count I will bear appellate cause number 07-15-00246-CR, whereas the appeal of the judgment entered as to Count II will bear appellate cause number 07-15-00286-CR.

It is so ordered.

Per Curiam

Do not publish.

---

[2] TEX. HEALTH AND SAFETY CODE ANN. § 481.121(b)(3) (West 2010).  The offense is a state jail felony with punishment increased to that of a third degree felony when committed in a drug-free zone.  *Id.* at § 481.134(d).